AS/DGR
F.# 2020R00927

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

GOLDMAN SACHS
(MALAYSIA) SDN. BHD.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

No. 20-CR-438 (MKB)

       Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Drew G. Rolle, for an order unsealing the above-captioned matter.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed in their entirety.

Dated:   Brooklyn, New York
           October __26_, 2020

                                      S/Margo K. Brodie
                              _____
                              THE HONORABLE MARGO K. BRODIE
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK