FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 23 2020 ★
BROOKLYN OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| v. | Case No. 1:20-cr-00438 (MKB) |
| Goldman Sachs (Malaysia) SDN, BHD., | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

PURSUANT TO RULE 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert Luskin, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Goldman Sachs (Malaysia) SDN, BHD Inc. in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 20, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert Luskin*   R. L. (J.T.)
　　　　　　　　　　　　　　　　　　　　　　Robert Luskin
　　　　　　　　　　　　　　　　　　　　　　Paul Hastings LLP
　　　　　　　　　　　　　　　　　　　　　　2050 M Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 551-1700
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 551-1705
　　　　　　　　　　　　　　　　　　　　　　Email: robertluskin@paulhastings.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of October 2020, a true and correct copy of the foregoing document and attachments was served upon all counsel of record via ECF.

                                          */s/ Robert Luskin*

                                          Robert Luskin

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| v. | Case No. 1:20-cr-00438 (MKB) |
| Goldman Sachs (Malaysia) SDN, BHD., | **DECLARATION OF ROBERT LUSKIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

I, ROBERT LUSKIN, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm Paul Hastings LLP, located in the D.C. office at 2050 M Street, N.W., Washington, D.C. 20036.

2. Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I submit this affidavit in support of my motion for admission *pro hac vice*.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: October 20, 2020
      Washington, DC

_____
Robert Luskin



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Robert D Luskin*

was duly qualified and admitted on December 17, 1979 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 15, 2020.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.