

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2020R00926

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 1, 2021

BY EMAIL AND ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Goldman Sachs (Malaysia) Sdn. Bhd.</u>, 20-CR-438 (MKB)

Dear Judge Brodie:

  On October 22, 2020, the defendant in the above-captioned matter, Goldman Sachs (Malaysia) Sdn. Bhd. ("Goldman Malaysia"), pled guilty to a one-count information charging conspiracy to violate the anti-bribery provisions of the Foreign Corrupt Practices Act. The Court initially set the sentencing hearing for December 11, 2020. The parties subsequently requested an adjournment of that sentencing hearing, which was rescheduled to March 3, 2021. The parties now jointly request a second adjournment of the sentencing hearing to the week of May 10, 2021.

  As the government noted at the plea hearing, Goldman Malaysia's parent company, The Goldman Sachs Group, Inc. ("Goldman Sachs"), has submitted an application for an individual exemption to the Department of Labor ("DOL") for Goldman Sachs' affiliates to continue to be able to use the Qualified Professional Asset Manager ("QPAM") exemption. It is our understanding that the notice and comment period for the application has almost concluded, after which DOL will need some additional time to reach a final decision on Goldman Sachs' application. As a result, the parties are asking for a brief additional adjournment of the sentencing date to allow DOL process to complete its process.

Please let us know if you have any questions or need any additional information.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney
Eastern District of New York

By:   /s/ Alixandra Smith
Alixandra E. Smith
Drew G. Rolle
Assistant U.S. Attorneys

| DANIEL S. KAHN | DEBORAH L. CONNOR |
|---|---|
| Acting Chief, Fraud Section, | Chief, Money Laundering and Asset |
| Criminal Division | Recovery Section, Criminal Division |
| U.S. Department of Justice | U.S. Department of Justice |

By:   /s/ Katherine Nielsen
Katherine A. Nielsen
David A. Last
Trial Attorneys

By:   /s/ Jennifer Ambuehl
Jennifer E. Ambuehl
Nikhila Raj
Trial Attorneys

cc:   Defense Counsel (by email)