UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.

GOLDMAN SACHS (MALAYSIA) SDN. BHD.,

   *Defendant*.

Case No. 20-cr-00438 (FB)(VMS)

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please take notice that the undersigned attorney, KATHRYN H. RUEMMLER, upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, the Chief Legal Officer and General Counsel of Goldman Sachs & Co. LLC and a member in good standing of the bar(s) of the States of New York and District of Columbia, as attorney *pro hac vice* as counsel for defendant Goldman Sachs (Malaysia) Sdn. Bhd. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 2, 2021
   New York, New York

          Respectfully submitted,

          */s/ Kathryn H. Ruemmler*
          Kathryn H. Ruemmler
          GOLDMAN SACHS & CO. LLC
          200 West Street, 15th Floor
          New York, New York 10282
          (212) 902-1000
          Kathryn.Ruemmler@ny.email.gs.com

          *Counsel for Goldman Sachs (Malaysia) Sdn. Bhd.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br> v.<br><br>GOLDMAN SACHS (MALAYSIA) SDN. BHD.,<br><br>      *Defendant*. | Case No. 20-cr-00438 (FB)(VMS) |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, KATHRYN H. RUEMMLER, being duly sworn, hereby depose and state as follows:

1. I am the Chief Legal Officer and General Counsel of Goldman Sachs & Co. LLC, with my office at 200 West Street, New York, New York 10282.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of:

| Court | Date of Admission |
|---|---|
| New York | 06/26/2019 |
| District of Columbia | 01/08/1999 |
| | |

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

-2-

7. My Attorney Registration Number for New York is 5722780.

8. I respectfully request *pro hac vice* admission in this matter to appear as counsel and advocate for defendant Goldman Sachs (Malaysia) Sdn. Bhd.

Dated: June 2, 2021
      New York, New York

Respectfully submitted,

_____
Kathryn H. Ruemmler
GOLDMAN SACHS & CO. LLC
200 West Street, 15th Floor
New York, New York 10282
(212) 902-1000
Kathryn.Ruemmler@ny.email.gs.com

*Counsel for Goldman Sachs (Malaysia) Sdn. Bhd.*

Subscribed and sworn to (or affirmed) before me this ___2nd___ day of __June__, 20_21_

Notary Signature: _____
Printed Name of Notary: _____
Notary Public for the State of: _____
Residing in: _____
My commission expires: _____

BARBARA V NELSON
NOTARY PUBLIC STATE OF NEW YORK
Registration No. 01NE6014403
Qualified in New York County
Commission Expires October 13, 2022

-2-



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Kathryn H Ruemmler*

was duly qualified and admitted on January 8, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 1,
2021.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kathryn Helen Ruemmler

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 26, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 1, 2021.

*Robert D. Mayberger*

Clerk of the Court

CertID-00017134



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

(518) 471-4778
fax (518) 471-4749
http://www.nycourts.gov/ad3/admissions

*Timothy P. O'Keefe*
*Acting Director of Attorney Admissions*

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Robert D. Mayberger*
Robert D. Mayberger
Clerk of the Court

Revised October 2020