AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

United States of America
              Plaintiff (s),
V.
Goldman Sachs (Malaysia) Sdn. Bhd.
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cr-00438 (FB)(VMS)

Notice is hereby given that, subject to approval by the court, __Defendant__ (Party (s) Name) substitutes __Kathryn H. Ruemmler__ (Name of New Attorney), State Bar No. __5722780__ as counsel of record in place of __Karen P. Seymour__ (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Goldman Sachs & Co. LLC
    Address: 200 West Street, 15th Floor, New York, New York 10282
    Telephone: (212) 902-1000     Facsimile
    E-Mail (Optional): Kathryn.Ruemmler@ny.email.gs.com

I consent to the above substitution.
Date: June 1, 2021
*David A. Markovitz* / *[signature]*
(Signature of Party (s))

I consent to being substituted.
Date: May 27, 2021
*Karen P. Seymour* / *[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: June 1, 2021
*Kathryn H. Ruemmler*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]