```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   --------------------------------x
                                          20-CR-438(MKB)
 3   UNITED STATES OF AMERICA,
                                          United States Courthouse
 4            Plaintiff,                  Brooklyn, New York

 5            -against-                   June 9, 2021
                                          10:00 a.m.
 6   GOLDMAN SACHS (MALAYSIA) SDN. BHD.,

 7            Defendant.
     --------------------------------x
 8
              TRANSCRIPT OF CRIMINAL CAUSE FOR SENTENCING
 9              BEFORE THE HONORABLE MARGO K. BRODIE
               UNITED STATES CHIEF DISTRICT JUDGE
10                    VIA VIDEOCONFERENCE

11   APPEARANCES

12   For the Government:       UNITED STATES ATTORNEY'S OFFICE
                               Eastern District of New York
13                             271 Cadman Plaza East
                               Brooklyn, New York 11201
14                             BY:  ALIXANDRA E. SMITH, AUSA
                                    DREW ROLLE, AUSA
15                                  -and-
                               DOJ-CRM POC DEB SACHS
16                             1400 New York Ave NW, Room 7113
                               Washington, D.C. 20530
17                             BY:  BRENT WIBLE, ESQ.
                                    NIKHILA RAJ, ESQ.
18                                  JENNIFER AMBUEHL, ESQ.

19   For the Defendant:        PAUL HASTINGS LLP
                               2050 M Street NW
20                             Washington, D.C. 20036
                               BY:  ROBERT D. LUSKIN, ESQ.
21                                  -and-
                               SULLIVAN & CROMWELL LLP
22                             125 Broad Street
                               New York, New York 10004
23                             BY:  NICOLAS BOURTIN, ESQ.

24   (Continued on next page.)

25
```

```
 1    APPEARANCES(Continued.)

 2                            KIRKLAND & ELLIS LLP
                             300 N. LaSalle
 3                           Chicago, Illinois 60654
                             BY:  MARK FILIP, ESQ.
 4

 5                           GOLDMAN SACHS & CO. LLC
                             200 West Street
 6                           New York, New York 10282
                             BY:  KATHRYN RUEMMLER, ESQ.
 7

 8                           U.S. SECURITIES AND
                             EXCHANGE COMMISSION
 9                           3 World Financial Center, Room 4300
                             New York, New York 10281
10                           BY:  DAVID A. MARKOWITZ, ESQ.

11

12

13

14

15

16

17

18

19    Court Reporter:        Georgette K. Betts, RPR, FCRR, CCR
                             Phone:  (718)804-2777
20                           Fax:    (718)804-2795
                             Email:  Georgetteb25@gmail.com
21

22

23

24    Proceedings recorded by mechanical stenography.  Transcript
      produced by computer-aided transcription.
25
```

                            PROCEEDINGS

1              MS. SMITH:  Alixandra Smith, Drew Rolle, Brent

2    Wible, Nikhila Raj and Jennifer Ambuehl, a couple of people

3    are on the phone instead of on the video just for technical

4    reasons.

5              THE COURTROOM DEPUTY:  For the defendant, who is

6    here.

7              MR. LUSKIN:  For Goldman Sachs, Robert Luskin, Nick

8    Bourtin, and we are together with the client.  Mark Filip will

9    be on the phone.  And for the client, Kathy Ruemmler and David

10   Markowitz.

11             THE COURT:  Good morning, everyone.  Are we ready to

12   proceed?

13             MR. LUSKIN:  On behalf of Goldman Sachs we're ready,

14   your Honor.

15             THE COURT:  Mr. Rolle, I almost don't recognize you,

16   you look very different.

17             MR. ROLLE:  This has been going on quite awhile.

18             THE COURT:  So Ms. Ruemmler, is that how you

19   pronounce your name?

20             MS. RUEMMLER:  Yes, thank you, your Honor.

21             THE COURT:  Are you ready to proceed to sentencing

22   today?

23             MS. RUEMMLER:  Yes.

24             THE COURT:  Have you discussed with your lawyer

25   proceeding by video?

4

PROCEEDINGS

1      MS. RUEMMLER:  I have.

2      THE COURT:  And do you consent to doing so?

3      MS. RUEMMLER:  I do.

4      THE COURT:  Ryan, why don't you call the case so

5  we'll get started.

6      THE COURTROOM DEPUTY:  Yes, Judge.  This is criminal

7  cause for sentencing.  Docket 20-CR-438.  United States versus

8  Goldman Sachs.

9      As a reminder to everyone on the line:  Persons

10  granted remote access to proceedings are reminded of the

11  general prohibition against photographing, recording, and

12  rebroadcasting of court proceedings.  Violation of these

13  prohibitions may result in sanctions, including removal of

14  court-issued media credentials, restricted entry to future

15  hearings, denial of entry to future hearings, or any other

16  sanctions deemed necessary by the court.

17      Will the parties please state their appearance for

18  the record beginning with the government.

19      MS. SMITH:  Good morning, your Honor.  Alixandra

20  Smith for the United States and with me is my colleague, Drew

21  Rolle, along with DOJ trial attorneys Brent Wible, Jennifer

22  Ambuehl and Nikhila Raj.

23      THE COURT:  Good morning to all of you.  And for the

24  defense.

25      MR. LUSKIN:  Good morning, your Honor.  Robert

5

PROCEEDINGS

1    Luskin.  With me are my colleague Nick Bourtin and on the

2    phone Mark Filip, and on behalf of Goldman Sachs, Kathy

3    Ruemmler.  The court has previously approved her substitution

4    as counsel for Goldman and as an attachment to the

5    government's sentencing memo are copies of the appropriate

6    board resolution authorizing Ms. Ruemmler to act on behalf of

7    Goldman Sachs.

8         THE COURT:  I've reviewed those and approved her

9    substitution.

10        MR. LUSKIN:  Thank you, your Honor.

11        THE COURT:  So Goldman Sachs (Malaysia), which I'll

12   refer to as Goldman Malaysia pled guilty before me

13   October 22nd, 2020.  They pled pursuant to an agreement

14   subject to the Federal Rule of Criminal Procedure 11(c)(1)(C)

15   to a sole count of an information charging conspiracy to

16   violate anti-bribery provisions of the Foreign Corrupt

17   Practices Act.

18        I accepted the terms of the plea agreement --

19        (Audio interference.)

20        So I'm going to ask everyone to mute your phone

21   unless you're speaking and that will cut down on the feedback

22   so that the court reporter can hear us all.

23        I accepted the terms of the plea agreement at that

24   time.  The parties waived preparation of the presentence

25   report and so the only document I have before me, in

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

6

PROCEEDINGS

1    preparation for a sentencing, is a June 4th, 2021 letter

2    submitted by the government on behalf of all parties.

3           Now, I know that I do not have to calculate the

4    guideline analysis because of the type of plea, but I am going

5    to do so anyway, since the guideline calculation is relevant

6    to a determination as to whether or not the plea is

7    reasonable.

8           According to the sentencing letter filed by the

9    government on behalf of the parties, the total offense level

10   is 48, the culpability score is eight and that results in a

11   base fine of $1,607,700,000 and a fine range of $2,572,320,000

12   and $5,144,640,000.  Please correct me if I called any of

13   those figures incorrectly.

14          Having accepted the guilty plea, I am going to

15   pronounce sentence unless either side would like to be heard.

16          MR. LUSKIN:  Nothing from the bank, your Honor.

17          MS. SMITH:  No, your Honor, from the government.

18          THE COURT:  Okay.  So I hereby sentence Goldman

19   Malaysia, consistent with the terms of the plea agreement, and

20   impose a sentence of a total criminal fine of $2,315,088,000,

21   Goldman Malaysia will pay 500,000 of that amount as a criminal

22   fine within 10 days of today.  Goldman Sachs shall pay

23   $1,263,088,000 to the U.S. Treasury within 10 business days of

24   today's sentencing and the balance of 1,052,000,000 will be

25   credited against the total fine to other authorities with

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

PROCEEDINGS

1   regard to the coordinated global resolution as set forth in

2   the plea agreement.  I am not going to itemize who gets

3   credited for what unless the parties believe it is necessary

4   to do so.

5          I am also imposing a special assessment of $400 as I

6   am required to do so.

7          Any comments from the parties before I discuss the

8   3553(a) factors and why this sentence is reasonable.

9          MS. SMITH:  Your Honor, just from the government

10  just so that it's clear, the total criminal penalty to the

11  United States is 1,263,088,000.  And so the 500,000 penalty

12  that Goldman Malaysia pays comes off of that and so the

13  remainder that Goldman Sachs will be paying pursuant to the

14  DPA is 1,262,588,000.

15         THE COURT:  Thanks for that clarification.

16         The 500,000 paid by Goldman Malaysia will be

17  500,000, will be deducted from the $1,263,088,000, correct?

18         MS. SMITH:  That's correct.  Thank you.

19         THE COURT:  Okay.  Any further clarification or any

20  further comments before I discuss the 3553(a) factors?

21         MS. SMITH:  No, your Honor.  Thanks.

22         MR. LUSKIN:  No, your Honor.

23         THE COURT:  Having imposed a sentence agreed to by

24  the parties I now explain why this sentence is appropriate

25  consistent with 3553(a).

PROCEEDINGS

1        The agreed-upon fine is appropriate based on the

2   relevant guidelines and it avoids unwarranted sentencing

3   disparities among similarly situated defendants.  As I

4   mentioned, the agreed-upon fine is $2,315,088,000.  That

5   amount is 10 percent below the applicable guideline range that

6   I discussed earlier.  As the parties note in their joint

7   submission, the proposed criminal fine not only reflects the

8   10 percent discount from the bottom of the applicable

9   sentencing guideline range, but it is based on the applicable

10  FCPA corporate enforcement policy which is critical to

11  avoiding unwarranted sentencing disparities between Goldman

12  Malaysia and other entities that have pled guilty to criminal

13  violations of the FCPA's anti-bribery provision.

14        In addition, this discount is less than the

15  25 percent maximum discount allowed because of the failure of

16  defendants to voluntarily disclose the relevant conduct and

17  also because of certain issues initially with the cooperation,

18  but as also noted in the submissions, it reflects the fact

19  that Goldman Malaysia's performance across three key factors

20  considered by the government which is consistent with all

21  FCPA-related cases nationwide, and those three factors were

22  whether the conduct was voluntarily self disclosed, here it

23  was not.  Whether defendant provided full cooperation, here

24  only partial cooperation credit was awarded for the

25  cooperation, and whether the defendant has engaged in

PROCEEDINGS

1  remediation, which here they have engaged in remedial

2  measures.  I'm not going to discuss those matters as they are

3  set forth in the plea agreement.

4        Further, as the parties note, the decision to credit

5  penalty amounts paid by Goldman Sachs to other domestic and

6  foreign enforcement and regulatory entities against the total

7  criminal penalty, is consistent with DOJ policy regarding the

8  coordination of corporate resolution penalties that arise from

9  the same conduct to prevent the unnecessary imposition of

10  duplicative fines, penalties and/or forfeitures against a

11  corporate entity.

12        I note that the sentence imposed also reflects the

13  seriousness of the crime.  The serious nature of the crime

14  here cannot be overstated.  Goldman Malaysia and others,

15  including high level Goldman officials, conspired to corruptly

16  bribe foreign officials and the sentence provides for general

17  deterrents.

18        It also appropriately reflects the fact that Goldman

19  Sachs has no prior criminal history and is continuing to

20  cooperate with the government.

21        In sum, for all of these reasons I find that the

22  sentence imposed is sufficient, but not greater than necessary

23  to punish Goldman Malaysia for the offense of conviction.

24        Goldman Malaysia does have the right to appeal your

25  conviction if you believe that the guilty plea was somehow

PROCEEDINGS

1   unlawful or involuntary or if there is some other fundamental

2   defect that was not waived by the guilty plea.  Under some

3   circumstances a defendant has the right to appeal the

4   sentence, however, a defendant may waive that right as part of

5   a plea agreement, and Goldman Malaysia has entered into a plea

6   agreement and has waived its right to appeal or otherwise

7   challenge the sentence that I imposed.  Such waivers are

8   generally enforceable but if you believe the waiver itself is

9   invalid, you can present that theory to the Appellate Court.

10  Any Notice of Appeal must be filed within 14 days of the entry

11  of judgment or within 14 days of the filing of a Notice of

12  Appeal by the government.  If requested, the clerk can file a

13  Notice of Appeal on your behalf and if for some reason Goldman

14  Malaysia cannot afford the cost of an appeal, or appellate

15  counsel, it can certainly request that the fees be waived and

16  counsel be appointed on appeal.

17          Are there any other matters that we need to discuss

18  today.

19          MS. SMITH:  Nothing from the government, your Honor.

20          MR. LUSKIN:  And nothing from Goldman Malaysia, your

21  Honor.

22          THE COURT:  Okay.  Well, this concludes the

23  resolution of this matter, and I wish the parties good luck

24  and a good day.

25          MS. SMITH:  Thank you, your Honor.

11

PROCEEDINGS

1          MR. LUSKIN:  Thank you very much, your Honor.

2          (Matter concluded.)

3  I certify that the foregoing is a correct transcript from the
   record of proceedings in the above-entitled matter.

4

5  s/ Georgette K. Betts            June 9, 2021

6  GEORGETTE K. BETTS               DATE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25